PENSACOLA LODGE NUMBER 497, BENEVOLENT AND PROTECTIVE ORDER OF ELKS, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion filed March 8, 1918.

Writ of Error to Court of Record for Escambia County, C. M. Jones, Judge.

*Watson & Pasco, Kirke Monroe* and *Robert H. Anderson*, for Plaintiff in Error;

*Van C. Swearingen*, Attorney General, and *C. O. Andrews*, Assistant, for the State.

PER CURIAM—This case is affirmed upon the principles announced in the case of Van Pelt, Sheriff, v. Hilliard, this day decided.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND ELLIS, J. J., and WILLS, Circuit Judge, concur.

WEST, J., disqualified.